IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL BRYANT, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., a Nebraska Corporation; DRIVERS MANAGEMENT, LLC, a Delaware Corporation; and DOES, 1-50, inclusive;<br><br>Defendants. | **8:20CV227**<br><br>**ORDER** |

This matter is before the court on the Motion by Defendants Werner Enterprises, Inc. and Drivers Management, LLC ("Defendants") to Substitute Counsel. (Filing No. 32).

Accordingly, IT IS ORDERED:

1) The Motion to Substitute Counsel for Defendants (Filing No. 32) is granted.

2) Peter B. Maretz, attorney with Stokes Wagner ALC, is withdrawn as counsel of record for Defendants and shall no longer receive electronic notice in this case.

Dated this 17th day of June, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge