IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., a Nebraska Corporation; DRIVERS MANAGEMENT, LLC, a Delaware Corporation; and DOES, 1-50, inclusive,<br><br>Defendants. | 8:20CV227<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without prejudice. Filing No. 189. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that case be dismissed without prejudice with each party to bear their own attorneys' fees and costs.

Dated this 6th day of June, 2024.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge